Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| JULIET LUGO LOPEZ | Case No. 2:21-00384-MCW |
| JOSE LUGO BELTRAN | TRUSTEE'S MOTION TO DISMISS |
| Debtor(s) | |

COMES NOW Edward J. Maney, Trustee in the above-captioned Chapter 13 Proceeding and states that the debtor(s) is/are in default under the terms of their Chapter 13 Plan. Plan payments are 3 months delinquent and no showing has been made of any just cause for the default.

Total delinquency as of this date: $5,715.00

The next scheduled payment is due: 6/18/2022

**Debtors is required to pay no less than $7,620.00 by 7/3/2022 to avoid dismissal of this case.**

The Trustee will lodge an order dismissing this case if the debtor(s) fail to meet one of the following requirements:

1. All Plan payments must be current by 7/3/2022.
2. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.
3. The debtor(s) file an Amended or Modified Plan including a Moratorium of Plan Payments with the Court and serve a copy on the Trustee.

Dated: See Electronic Signature

         EDWARD J. MANEY
         CHAPTER 13 TRUSTEE


      By:_____
        Edward J. Maney ABN 12256
        Chapter 13 Trustee
        101 North First Avenue, Suite 1775
        Phoenix, AZ 85003
        (602) 277-3776
        ejm@maney13trustee.com

CERTIFICATE OF MAILING FOR CASE NO. 2:21-00384-MCW

Copies of the foregoing mailed (see electronic signature below) to the following:

Attorney for Debtor (s):
David Freydin
Law Office of David Freydin PLLC
1838 West Bell Road Suite 102
Phoenix, AZ 85023-

Debtor (s):
JULIET LUGO LOPEZ
1314 S 123RD LANE
AVONDALE, AZ. 85323

JOSE LUGO BELTRAN
1314 S 123RD LANE
AVONDALE, AZ 85323

By:_____
    Trustee's Clerk